AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

## For The District of Columbia

**UNITED STATES OF AMERICA**

V.

**ABUKAR OSSMAN NUR**

**CRIMINAL COMPLAINT**

CASE NUMBER:

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __December 28, 1999__ in __Washington, D.C.__ county, in the _____ District of __Columbia__ defendant(s) did, (Track Statutory Language of Offense)

**MAKING FALSE STATEMENTS IN APPLICATION FOR A US PASSPORT**

in violation of Title __18__ United States Code, Section(s) __1542__.

I further state that I am __Michael F. Fitzpatrick, Special Agent with the Department of State Diplomatic Security,__ and that this complaint is based on the following facts:

**See Attached Affidavit**

Continued on the attached sheet and made a part hereof:    ☒ Yes    ☐ No

Angela Hart-Edwards
AUSA, (202) 307-0031
Sworn to before me and subscribed in my presence,

Signature of Complainant
Michael F. Fitzpatrick, Special Agent
Department of State Diplomatic Security

_____    at    __Washington, D.C.__
Date                                                City and State

_____       _____
Name & Title of Judicial Officer            Signature of Judicial Officer

## AFFIDAVIT

I, Michael F. Fitzpatrick, having been duly sworn, hereby depose and state:

I am a Special Agent of the United States Department of State, Diplomatic Security Service (DSS), and have been so employed since February 2005 and have completed the Criminal Investigator's Training Program held at the Federal Law Enforcement Training Center, Glynco, Georgia. Currently, I conduct criminal investigations concerning fraudulent applications for, and issuance of U.S. passports, U.S. visas, and other identification documents used to transit international borders.  I make this affidavit based on my personal knowledge and investigation, and upon information and documents furnished to me in my official capacity.  Because this affidavit is submitted for the limited purpose of establishing probable cause for a criminal complaint, it does not include every fact known by me in connection with this investigation.

1. On or about December 28, 1999, a man now known to your affiant as ABUKAR OSSMAN NUR, date of birth 4/17/1965, falsely identified himself as Faisal ABDI and applied for a United States passport at the U.S. Passport Office in Washington, D.C. In completing the application, on question #1, NUR claimed to be Faisal ABDI.  On question #4, NUR claimed he was born on 06/06/1962. On question # 5, NUR listed a specific social security number which he purported to be issued to him. In support of this application NUR submitted a Naturalization Certificate and a Virginia Driver's License in the name of Faisal ABDI. The application was submitted under oath and affirmation that all information supplied was true and correct.

2. In 2005, Faisal ABDI applied for a new passport at which time factors commonly associated with passport fraud were noted on the previous application from 1999 and it was turned over to the Diplomatic Security Service for investigation. Record checks of federal and local law enforcement records revealed the information supplied by NUR was that of another living person, the true Faisal ABDI. Your affiant located the true Faisal ABDI, herein after referred to as "ABDI", and interviewed him. ABDI viewed a photograph of NUR and identified him by his name, ABUKAR OSSMAN NUR, and by the nickname "Sidow". ABDI is a United States citizen who has been friends with NUR for at least 20 years, knowing him from childhood in Somalia. ABDI admitted to helping NUR procure a mortgage loan and in purchasing plane tickets for travel. ABDI stated that he had never loaned or lost his birth certificate, naturalization certificate, or Virginia Driver's License.

3. On or about July 31, 2006 your affiant interviewed ABDI's sister, Hodan ABDI. Your affiant showed Hodan ABDI, photographs of NUR used on the above-described passport application and on the Commonwealth of Virginia's driver's license submitted with the passport application. Hodan recognized the person in the photographs as "Sidow" who had worked with her brother Faisal as a taxi driver. She did not know his full name.

4. Your affiant interviewed Fitzwilliam OSEI-AGYMANG, a Metro-Washington DS Airports Authority Officer in charge of taxi certification. OSEI-AGYMANG positively identified ABUKAR OSSMAN NUR from the passport photograph used in the December 1999 passport application. Your affiant then obtained NUR's US Visa information, Immigrations and Customs Enforcement photographs and

biographical information, as well as a Virginia driver's license obtained with NUR's true identification information. Your affiant has compared the photograph on the Virginia's driver's license issued in the name of ABUKAR OSSMAN NUR with the photographs submitted with the application for a passport in the name of Faisal ABDI and recognized that the person depicted in the photographs is the same individual.

5. Based on the above facts and circumstances, your affiant believes there is probable cause that on or about December 28, 1999, in the District of Washington DC, a person identified as ABUKAR OSSMAN NUR did willfully and knowingly make false statements on his application for a U.S. passport with the intent to secure and induce the issuance of such passport, in violation of Title 18 United States Code, Section 1542 (False Statements on Application for U.S. Passport).

---

Michael F. Fitzpatrick, Special Agent
U.S. Department of State
Diplomatic Security Service

Sworn to before me this 11th day of April 2007,

---

DEBORAH A. ROBINSON
United States Magistrate Judge