AO442(Rev 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
V.

**ABUKAR OSSMAN NUR**

## WARRANT FOR ARREST

CASE NUMBER: 07-131-M-01

To:  The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ____**ABUKAR OSSMAN NUR**____
                                              Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   X☐ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

MAKING FALSE STATEMENTS IN APPLICATION FOR A US PASSPORT

**FILED**

**JUN 2 6 2007**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

in violation of Title __18__ United States Code, Section(s) __1542__.

**DEBORAH A. ROBINSON**
Name of Issuing Officer  U.S. MAGISTRATE JUDGE

[signature]
Signature of Issuing Officer

**DEBORAH A. ROBINSON**
U.S. MAGISTRATE JUDGE
Title of Issuing Officer

APR 1 1 2007
Date and Location

Bail fixed at $ __[illegible]__   by __[signature]__
                                     Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 06/26/07 | D.L. BALDWIN SDUSM/USMS | [signature] |
| DATE OF ARREST 06/26/07 | | |