**U.S. Department of Justice**
*United States Attorneys*

# United States District Court
## for the District of Columbia

FILED

JULY 20 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

v.                                                                      Case No. 7-131M

Abukar Nur

**ORDER**

Upon oral motion of the ___the defendant and gov.___ to exclude ___10___ days in computing the time within which an indictment must be filed in the instant case, the Court finds that the ends of justice are best served and outweigh the best interest of the public and the defendant in a speedy trial, and the Court (sets forth in writing) or (orally sets forth) its reasons in the record at this time, and it is hereby

**ORDERED**, that pursuant to the provisions of the "Speedy Trial Act of 1974" (Title 18, United States Code, § 3161(h)(8)(A)), that ___10___ days be excluded in computing the time within which an indictment must be filed in the instant case.

No objection

X _Abukar O-Nur_
Defendant

_Caffy_
Defense Counsel

_Angela S. George_
Attorney for Government

_____
(United States Judge)
(United States Magistrate)

USA-D9 (Oct. 76)