

U.S. Department of Justice
*United States Attorneys*



# United States District Court
## for the District of Columbia

**FILED**
JUL 27 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

v.

Case No. 07-MJ-131-(DAR)

ABUKAR O. NUR

**ORDER**

Upon oral motion of the defendant to exclude 14 days in computing the time within which an indictment must be filed in the instant case, the Court finds that the ends of justice are best served and outweigh the best interest of the public and the defendant in a speedy trial, and the Court ~~(sets forth in writing) or~~ (orally sets forth) its reasons in the record at this time, and it is hereby

**ORDERED**, that pursuant to the provisions of the "Speedy Trial Act of 1974" (Title 18, United States Code, § 3161(h)(8)(A)), that 14 days be excluded in computing the time within which an indictment must be filed in the instant case.

No objection

x Abukar O. Nur
Defendant

[signature]
Defense Counsel

Angela S. George
Attorney for Government

[signature]
~~(United States Judge)~~
(United States Magistrate)

USA-D9 (Oct. 76)

COURT COPY