UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Criminal Division

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | Case No: 1:07-mj-00131-DAR |
| v. | : | PH Date: August 10, 2007 |
| | : | Judge Deborah A. Robinson |
| **ABUKAR OSSMAN NUR** | : | |

## APPEARANCE

Please enter the appearance of Thomas A. Key as retained counsel for the defendant, Abukar Ossman Nur.

*/s/ Thomas Key*
Thomas A. Key, Esq.
641 Indiana Avenue, N.W.
Washington, D.C. 20004
(202) 737-6500
Bar # 476595

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this appearance was served via facsimile to the attention of the assigned AUSA Angela Hart-Edwards, 555 4th Street, NW, Washington, D.C. (202) 616-3782 on the 7th day of August, 2007.

*/s/ Thomas Key*
Thomas A. Key, Esq.