AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

_____ DISTRICT OF _____

UNITED STATES OF AMERICA

v.

Abukar Nur

WAIVER OF PRELIMINARY
EXAMINATION OR HEARING
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: 07-131 M

**FILED**

NOV 0 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I, __Abukar Nur__, charged in a (complaint) (petition) pending in this District with __false statements on passport__ in violation of Title __18__, U.S.C., __1542__, and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

_Abukar O-Nur_
*Defendant*

11-2-07
*Date*

_Thomas Key_
*Counsel for Defendant*