# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. : |
| | : | |
| v. | : | MAGISTRATE NO.: 07-131M |
| | : | |
| ABUKAR OSSMAN NUR, | : | VIOLATION: |
| | : | |
| Defendant. | : | 18 U.S.C. § 1542 |
| | : | (False Statement on Applications for U.S. Passports) |

## GOVERNMENT'S MOTION TO DISMISS COMPLAINT

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully requests that the Court dismiss, without prejudice, the pending complaint against the defendant.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

By:  /s/
Rhonda Campbell, DC Bar # 462402
Assistant U.S. Attorney
Federal Major Crimes Section
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-9519
Rhonda.Cambpell@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. : |
| | : | |
| v. | : | MAGISTRATE NO.: 07-131M |
| | : | |
| ABUKAR OSSMAN NUR, | : | VIOLATION: |
| | : | |
| | : | 18 U.S.C. § 1542 |
| Defendant. | : | (False Statement on Applications for U.S. Passports) |

**ORDER**

Upon consideration of the government's motion to dismiss the pending complaint, without prejudice, in this matter, it is this _____ day of June, 2008,

ORDERED, the motion is hereby granted and the complaint is hereby dismissed without prejudice.

_____
United States Magistrate Judge