IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUN 1 1 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | MAGISTRATE NO.: 07-131M |
| | : | |
| ABUKAR OSSMAN NUR, | : | VIOLATION: |
| | : | |
| | : | 18 U.S.C. § 1542 |
| Defendant. | : | (False Statement on Applications for U.S. Passports) |

ORDER

Upon consideration of the government's motion to dismiss the pending complaint, without prejudice, in this matter, it is this _10_ day of June, 2008,

ORDERED, the motion is hereby granted and the complaint is hereby dismissed without prejudice.

_____
United States Magistrate Judge